## CHILDS v. EDMUNDS, Judge, etc.

### No. 11,498; March 9, 1886.

#### 10 Pac. 130.

**Prohibition.**—The Enforcement of a Writ of Assistance, as against one not a party to the action, cannot be restrained by a writ of prohibition, as there is in such case an adequate remedy at law by appeal from the order granting the writ.[1]

Application for writ of prohibition to restrain the enforcement of a writ of assistance, obtained against petitioner for the purpose of dispossessing him, in a foreclosure suit to which he was not a party.

E. A. & G. E. Lawrence for petitioner; J. R. Brandon for respondent.

By the COURT.—The application for a writ of prohibition in this case is denied for the reason that petitioner has an adequate remedy by appeal from the order complained of.

---

[1] Cited and approved in Havemeyer v. Superior Court, 84 Cal. 398, 24 Pac. 139, where it is explained as a case in which the petitioner had a right to appeal and by his appeal could stay the enforcement of the writ of assistance; and is distinguished from a case where an appeal would furnish no remedy for the wrong threatened, as was the case then under consideration.

Cited in a note in 111 Am. St. Rep. 953, on the writ of prohibition.